IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PARK RESERVE, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-0763-CV-W-ODS |
| ) | |
| PEERLESS INSURANCE COMPANY and ) | |
| HAWKEYE-SECURITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of July, 2015 the Defendants Peerless Insurance and Hawkeye Security Insurance Company's Expert Reports were served on counsel for Plaintiff via electronic mail to counsel for Plaintiff, Bob G. Freemon and Ron A. Hobgood at eservice@freemonmiller.com, Mark D. Katz at mark@coronadokatz.com, and to Paul F. Gordon at paul@coronadokatz.com.

Respectfully submitted,

**SEYFERTH BLUMENTHAL & HARRIS LLC**

*/s/ Bruce A. Moothart*
Bruce A. Moothart, MO Bar # 45517
Ryan J. Watson, MO #51233
Nickalaus Seacord, MO Bar # 63232
4801 Main Street, Suite 310
Kansas City, Missouri 64112
(816) 756-0700 (Telephone)
(816) 756-3700 (Facsimile)
bruce@sbhlaw.com
jason@sbhlaw.com
nick@sbhlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2015, a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the following:

Bob G. Freemon
Ron A. Hobgood
FREEMON & MILLER, PA.
8381 Gunn Highway
Tampa, Florida 33626
(813) 926-0777 telephone
(813) 926-1777 facsimile
eservice@freemonmiller.com

Mark D. Katz
Paul F. Gordon
CORONADO KATZ LLC
14 West Third Street, Suite 200
Kansas City, MO 64105
Telephone: (816) 410-6600
Facsimile: (816) 337-3892
mark@coronadokatz.com
paul@coronadokatz.com

*Attorneys for the Plaintiff*

                                              /s/ Bruce A. Moothart
                                                   *Attorney for Defendants*